## BERNARD LEVY *v.* SALLY LEVY

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 801, is denied.

*Robert L. Hirtle, Jr.,* in support of the petition.

*Michael J. McClary,* in opposition.

Decided April 29, 1988

## GLORIA LICARI ET AL. *v.* DONALD BLACKWELDER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 14 Conn. App. 46, is denied.

*Joseph M. Brophy,* in support of the petition.

*Ridgely W. Brown,* in opposition.

Decided April 29, 1988

## MOHAMED OMAR *v.* NORTON MEZVINSKY

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 533, is denied.

*Harold J. Geragosian,* in support of the petition.

*William C. Franklin,* in opposition.

Decided April 29, 1988

## PAINE WEBBER JACKSON & CURTIS, INC. *v.* GEOFFREY J. WINTERS

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 712, is denied.

*Alan R. Spirer,* in support of the petition.

*John Haven Chapman,* in opposition.

Decided April 29, 1988